AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA, NORTHERN DIVISION

RICHARD BROWN, SR. and
CAROLYN BROWN

V.

MITCHELL BLACKMORE; and UNITED
SERVICES AUTOMOBILE ASSOCIATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV 79-MEF

TO: (Name and address of Defendant)

Mitchell Blackmore
760 Plantation Way
Gallatin, Tennessee 37066

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. Crow
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
Montgomery, Alabama 36103-4160

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                 1/29/07

CLERK                                            DATE

(By) DEPUTY CLERK