AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA, NORTHERN DIVISION__

RICHARD BROWN, SR., and
CAROLYN BROWN

**SUMMONS IN A CIVIL ACTION**

V.

MITCHELL BLACKMORE; and UNITED
SERVICES AUTOMOBILE ASSOCIATION

CASE NUMBER: 2:07CV79-MEF

TO: (Name and address of Defendant)

UNITED SERVICES AUTOMOBILE ASSOCIATION
C/O ROBERT GEORGE DAVIS
9800 FREDERICKSBURG ROAD
SAN ANTONIO, TEXAS 78288

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. Crow
Beasley, Allen, Crow, Methvin, Portis and Miles
218 Commerce Street
Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 1/29/07