AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA, NORTHERN DIVISION__

RICHARD BROWN, SR. and
CAROLYN BROWN

V.

MITCHELL BLACKMORE; and UNITED
SERVICES AUTOMOBILE ASSOCIATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV79-MEF

TO: (Name and address of Defendant)

Mitchell Blackmore
760 Plantation Way
Gallatin, Tennessee 37066

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. Crow
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
Montgomery, Alabama 36103-4160

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

/s/ V. Austin
(By) DEPUTY CLERK

DATE  1/29/07

:kett
Clerk

, AL 36101-071

**CERTIFIED MAIL**

7160 3901 9841 5329 9775

RECEIPT REQUESTED

:KETT, CL..
:T COURT
.. DISTRICT ALA



02 1A
0004603457    $ 05.12⁰
MAILED FROM ZIP CODE 36104

FoE

Mitchell Blackmore
760 Plantation Way

UNDELIVERABLE AS
ADDRESSED. UNABLE
TO FORWARD

36101+0711 B007