AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA, NORTHERN DIVISION__

RICHARD BROWN and CAROLYN BROWN

Alias

**SUMMONS IN A CIVIL ACTION**

V.

MITCHELL BLACKMORE and UNITED SERVICES AUTOMOBILE ASSOCIATION

CASE NUMBER:   2:07-CV-79-MEF

TO: (Name and address of Defendant)

Mitchell Blackmore
5349 Fairmont Street
Abilene, Texas 79605

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mike Crow
Beasley, Allen, Crow, Methvin, Portis & Miles
218 Commerce Street
Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  2/8/07