2. Article Number

7160 3901 9841 5330 0006

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

**United Services Automobile Assoc.**
**c/o Robert George Davis**
**9800 Fredericksburg Road**
**San Antonio, Texas 78288**

COMPLETE THIS SECTION DELIVERY

EDM-PRIORITY MAIL

A. Received by (Please Print Clearly)

C. Signature    FEB 0 3 2007
X                                 ☐ Agent
                                  ☐ Addressee

D. Is delivery address different from item 1?
   If YES, enter delivery address below

RECEIVED

07cv79

PS FORM 3811, January 2005                Domestic Return Receipt