IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD BROWN, SR., *et al.*,        )
                                     )
        Plaintiffs,                  )
v.                                   )        CASE NO. 2:07-cv-79-MEF
                                     )
MITCHELL BLACKMORE, *et al.,*        )
                                     )
        Defendants.                  )

# **O R D E R**

Upon consideration of the defendants' Motion to Dismiss (Doc. #7) filed on February

21, 2007, it is hereby ORDERED that:

1.   The plaintiffs file a response which shall include a brief and any evidentiary

materials on or before March 9, 2007.

2.  The defendants may file a reply brief on or before March 16, 2007

DONE this the 23rd day of February, 2007.


                        /s/ Mark E. Fuller
                 CHIEF UNITED STATES DISTRICT JUDGE