| 2. Article Number | COMPLETE THIS SECTION DELIVERY | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖ 7160 3901 9841 5329 9997 | A. Received by (Please Print Clearly) *S. Blackmore* | B. Date of Delivery 2-23-07 |
| | C. Signature X *Sandra Bl...* | ☐ Agent ☐ Addressee |
| 3. Service Type  CERTIFIED MAIL | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | *07 CV 79* | |

1. Article Addressed to:

**Mitchell Blackmore**
**5349 Fairmont Street**
**Abilene, Texas 79605**

PS FORM 3811, January 2005                                Domestic Return Receipt