IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD BROWN, SR. and CAROLYN W. BROWN, | * * * | |
| Plaintiffs, | * * | CIV NO. 2:07cv79-MEF |
| Vs. | * * | |
| MITCHELL BLACKMORE; and UNITED SERVICES AUTOMOBILE ASSOCIATION, | * * * * | |
| Defendants. | * * | |

**RESPONSE TO DEFENDANT USAA'S MOTION TO DISMISS**

Plaintiff Richard and Carolyn Brown hereby respond to Defendant USAA's Motion to Dismiss and agree the Complaint should be dismissed without prejudice.

  /s/Michael J. Crow
MICHAEL J. CROW (CRO039
Attorney for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon all counsel of record listed below by placing a copy of the same in the U.S. Mail or via EM/ECF file, on this the 6th day of March , 2007.


                /s/Michael J. Crow
                OF COUNSEL


Evans Brittain
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148

Mitchell Blackmore
5349 Fairmont Street
Abilene, Texas 79605