IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD BROWN, SR., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-79-MEF |
| ) | |
| MITCHELL BLACKMORE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon consideration of Defendant United Services Automobile Association's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. #7) filed on February 21, 2007, and in light of the Plaintiffs' Response to Defendant USAA's Motion to Dismiss (Doc. #10), it is hereby ORDERED as follows:

(1) The Motion to Dismiss (Doc. # 7) is GRANTED.

(2) All of the Plaintiffs' claims in the present action are due to be and hereby are DISMISSED pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of jurisdiction over the subject matter.

A separate final judgment will be entered in accordance with this Order.

DONE this the 7th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE