IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD BROWN, SR. and, CAROLYN W. BROWN, <br><br> Plaintiffs, <br><br> vs. <br><br> MITCHELL BLACKMORE and UNITED SERVICES AUTOMOBILE ASSOCIATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CASE NO.: 2:07 CV79-MEF |

## NOTICE OF APPEARANCE

E. Britton Monroe, Taffi S. Stewart and Gayle L. Douglas of the law firm of Lloyd, Gray & Whitehead, P.C., 2501 20th Place South, Suite 300, Birmingham, AL 35223 requests this Honorable Court enter their names as counsel for Defendant Mitchell Blackmore in the above-styled cause.

Dated: March 15, 2007.

Respectfully submitted,

By: /s/ *Gayle L. Douglas*
E. Britton Monroe (MON032)
Taffi S. Stewart (SMI171)
Gayle L. Douglas (DOU012)
Attorneys for Mitchell Blackmore.

OF COUNSEL:
Lloyd, Gray & Whitehead, P.C.
2501 20th Place South, Suite 300
Birmingham, Alabama 35223
(205) 967-8822

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March 2007, a copy of the foregoing was electronically served upon the foregoing pursuant to the CM/ECF filing system of the United States District Court for the Middle District of Alabama:

Michael J. Crow, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

/s *Gayle L. Douglas*
OF COUNSEL

448188_1.DOC