IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD BROWN, SR. and CAROLYN W. BROWN, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | CASE NO.: 2:07 CV79-MEF |
| MITCHELL BLACKMORE and UNITED SERVICES AUTOMOBILE ASSOCIATION, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF PROCEEDING

Defendant Mitchell Blackmore ("Mr. Blackmore"), to the extent required by **Alabama Code,**

§6-6-227 (1975), hereby serves notice upon the Attorney General of the State of Alabama that he is

challenging the constitutionality of the recovery of punitive damages in this case, as more

specifically set forth in the Answer filed on behalf of Mr. Blackmore, which is attached and

incorporated by reference.

DATED: March 15, 2007.

Respectfully submitted,

/s *Gayle L. Douglas*
E. Britton Monroe (MON032)
Taffi S. Stewart (SMI171)
Gayle L. Douglas (DOU012)
Attorneys for Mitchell Blackmore

OF COUNSEL:
Lloyd, Gray & Whitehead, P.C.
2501 20th Place South, Suite 300
Birmingham, Alabama 35223
(205) 967-8822

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March 2007, a copy of the foregoing was electronically served upon the foregoing pursuant to the CM/ECF filing system of the United States District Court for the Middle District of Alabama:

Michael J. Crow, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

/s *Gayle L. Douglas*
OF COUNSEL

448044_1